## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

MANNY FILM, LLC,

       Plaintiff,

  v.                      Civil Action No. 2:15-cv-00968-ALM-EPD

JOHN DOE, subscriber assigned IP address
107.132.57.23,

       Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.  John Doe was assigned the IP address 107.132.57.23.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  June 30, 2015

                                Respectfully submitted,

                                By:    /s/ *Yousef M. Faroniya*
                                Yousef M. Faroniya
                                yousef@YMFincorporated.com
                                YMF Inc.: The Law Office of Yousef M. Faroniya
                                84 S. 4th Street
                                Columbus, OH 43215
                                Phone: 614-360-1855

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Yousef M. Faroniya*_____
Yousef M. Faroniya